UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**06 CR 10230 NG**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | VIOLATION: |
| | ) | |
| | ) | 21 U.S.C. §846- |
| v. | ) | Conspiracy to Possess |
| | ) | with Intent to Distribute |
| | ) | and to Distribute |
| | ) | Oxycodone |
| HUGH BRIAN HANEY, | ) | |
| | ) | |
| Defendant | ) | 21 U.S.C. § 841(a)(1)- |
| | ) | Possession of Oxycodone |
| | ) | with intent to Distribute |
| | ) | and Distribution of |
| | ) | Oxycodone |
| | ) | |
| | ) | 21 U.S.C. §853 - |
| | ) | Criminal Forfeiture |

**INDICTMENT**

**COUNT ONE:** **(21 U.S.C. § 846 - Conspiracy to Possess with Intent to Distribute and to Distribute Oxycodone)**

The Grand Jury charges that:

From a date unknown, but from at least in or about October, 2005, and continuing until a date unknown, but at least in or about February, 2006, at Andover, in the District of Massachusetts, Columbus, in the Southern District of Ohio, and elsewhere,

**HUGH BRIAN HANEY,**

defendant herein, did knowingly and intentionally combine, conspire, confederate and agree with others known and unknown to

the Grand Jury to possess with intent to distribute, and to distribute, oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

**COUNT TWO:**     **(21 U.S.C. § 841(a)(1) - Possession with Intent to Distribute and Distribution of Oxycodone)**

The Grand Jury further charges that:

On or about December 22, 2005, at Andover, in the District of Massachusetts, and at Columbus, in the Southern District of Ohio,

**HUGH BRIAN HANEY,**

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of oxycodone, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## CRIMINAL FORFEITURE ALLEGATION

## (21 U.S.C. § 853)

The Grand Jury further charges that:

    1.    Upon conviction of one or more of the offenses alleged in Counts One and Two of this indictment,

**HUGH BRIAN HANEY**

defendant herein, shall forfeit to the United States for its use and benefit any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the offenses, and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses, including, without limitation:

    a.    $1,325 sent in the form of two USPS Money Orders to Rush Receipt, Ltd, 4865 Sawmill Rd, #116, Columbus, Ohio, on 12/28/05.

    2.    If any of the forfeitable property described in paragraph 1 above, as a result of any act or omission of the defendant –

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the Court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21,

United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 1 of this paragraph.

All in violation of Title 21, United States Code, Section 853.

**A TRUE BILL**

_____
**FOREPERSON OF THE GRAND JURY**

_____
RACHEL E. HERSHFANG
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS; August 3, 2006

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

1:56

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** DEA

**City** Andover  **Related Case Information:**

**County** Essex  Superseding Ind./ Inf. N  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Hugh Brian Haney  Juvenile ☐ Yes ☒ No

Alias Name _____

Address  Columbus, OH

Birth date (Year only): _____  SSN (last 4 #): 1021  Sex M  Race: W  Nationality: U.S.

**Defense Counsel if known:** _____  **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  Rachel E. Hershfang, 748-3249  Bar Number if applicable _____

Interpreter: ☐ Yes ☒ No  List language and/or dialect: _____

Victims: ☐ Yes ☒ No  If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☒ Yes ☐ No

☒ Warrant Requested ☐ Regular Process ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:** ☐ Complaint ☐ Information ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☐ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 8/3/06  **Signature of AUSA:** [signature]

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Hugh Brian Haney

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | consp. to poss. with intent to distrib. oxycodone | 1 |
| Set 2  21 USC 841 | distribution of oxycodone | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**